Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-407RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| KIP JOHN WHELPLEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Having read the Government's Motion to Disclose Sealed Documents in the above-captioned case, which was filed under seal,

It is hereby ORDERED that the Government's Motion to Disclose Sealed Documents in this matter shall remain sealed.

DATED this 22nd day of March 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL - 1
CR05-407RSM; KIP JOHN WHELPLEY

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970